UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                          Chapter 13

     BRUCE GANT

                                          Bankruptcy No. 25-14251-DJB

               Debtor

### TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 10/21/2025.

3.      This Motion to Dismiss has been filed for the following reason(s):

- There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1).

     WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 05/29/2026                                             Respectfully submitted,

                                        */s/ Kenneth E. West, Esq.*
                                        Kenneth E. West, Esq.
                                        Standing Chapter 13 Trusteee
                                        190 N. Independence Mall West
                                        Suite 701
                                        Philadelphia, PA  19106
                                        Telephone: (215) 627-1377